175 A.3d 155

ALL RISK, INC., D/B/A ALL RISK RESTORATION AND DAMAGE CONTRACTORS, PLAINTIFF–RESPONDENT, v. MERION RE- ALTY, LLC, AND MERION INN MANAGEMENT, INC., DEFEN- DANTS–PETITIONERS, AND VICTORIA WATSON, DEFEN- DANT.

C–232 September Term 2017
078870

October 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001583–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.